UNITED STATES BANKRUPTCY COURT

DISTRICT OF Maryland

Greenbelt Division

In Re. SAMIR ANDRAWOS §
§
§
Debtor(s) §

Case No. 21-16946

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 11/03/2021

Months Pending: 58

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lawrence Katz
Signature of Responsible Party

08/23/2026
Date

Lawrence Katz, Trustee
Printed Name of Responsible Party

Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name SAMIR ANDRAWOS | Case No. 21-16946

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $169,797 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $230,942 |
| c. | Total disbursements (net of transfers between accounts) | $250 | $61,488 |
| d. | Cash balance end of month (a+b-c) | $169,547 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $250 | $61,488 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $1,089,500 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $191,000 |
| l. | Prepetition priority debt | $271,000 |
| m. | Prepetition unsecured debt | $36,179,085 |
| n. | Total liabilities (debt) (j+k+l+m) | $36,641,085 |
| o. | Ending equity/net worth (e-n) | $-35,551,585 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $57,960 | $0 | $57,960 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | RoganMillerZimmerman, PLLC | Lead Counsel | $0 | $57,960 | $0 | $57,960 |
| | ii | Lawrence A. Katz, Trustee | Other | $0 | $0 | $0 | $0 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name SAMIR ANDRAWOS | Case No. 21-16946

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $57,960 | $0 | $57,960 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | | |
|---|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ◉ | | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ◉ | | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ◉ | | |
| d. | Are you current on postpetition tax return filings? | Yes ◉ | No ○ | | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ | No ○ | | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ | No ○ | | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ◉ | | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉ | No ○ | N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ◉ | | |
| | If yes, are your premiums current? | Yes ○ | No ○ | N/A ◉ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ | No ○ | | |
| | If yes, are your premiums current? | Yes ◉ | No ○ | N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ○ | No ◉ | | |
| | If yes, are your premiums current? | Yes ○ | No ○ | N/A ◉ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ◉ | | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ◉ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ | No ○ | | |

Debtor's Name SAMIR ANDRAWOS

Case No. 21-16946

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Lawrence A. Katz, Trustee | Lawrence A. Katz, Trustee |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 08/23/2026 |
| Title | Date |

Debtor's Name SAMIR ANDRAWOS

Case No. 21-16946

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name SAMIR ANDRAWOS Case No. 21-16946

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name SAMIR ANDRAWOS

Case No. 21-16946

PageThree

PageFour

Go paperless.
Scan the QR code to opt in to paperless statements.

E **STATEMENT OF ACCOUNT**

SAMIR ANDRAWOS
LAWRENCE ALLEN KATZ-TRUSTEE
DIP CASE 21-16946 DIST MD-G
7804 VALLEYFIELD DR
SPRINGFIELD VA 22153

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jun 04 2026-Jul 03 2026 |
| Cust Ref #: | [redacted]3441-039-E-*** |
| Primary Account #: | [redacted]3441 |

## Chapter 11 Checking

SAMIR ANDRAWOS
LAWRENCE ALLEN KATZ-TRUSTEE
DIP CASE 21-16946 DIST MD-G

Account # [redacted]3441

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 169,797.32 | Average Collected Balance | 169,797.32 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 169,797.32 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 Ending Balance | | 169,797.32 |
| 2 Total Deposits | + | |
| 3 Sub Total | | |
| 4 Total Withdrawals | - | |
| 5 Adjusted Balance | | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

Go paperless.
Scan the QR code to opt in to paperless statements.

E **STATEMENT OF ACCOUNT**

SAMIR ANDRAWOS
LAWRENCE ALLEN KATZ-TRUSTEE
DIP CASE 21-16946 DIST MD-G
7804 VALLEYFIELD DR
SPRINGFIELD VA 22153

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jul 04 2026-Aug 03 2026 |
| Cust Ref #: | [redacted]3441-039-E-*** |
| Primary Account #: | [redacted]3441 |

## Chapter 11 Checking

SAMIR ANDRAWOS
LAWRENCE ALLEN KATZ-TRUSTEE
DIP CASE 21-16946 DIST MD-G

Account # [redacted]3441

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 169,797.32 | Average Collected Balance | 169,652.15 |
| | | Interest Earned This Period | 0.00 |
| Electronic Payments | 250.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 169,547.32 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 250.00 |
| | Subtotal: | 250.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/03 | 169,797.32 | 07/17 | 169,547.32 |

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | | |
|---|---|---|---|
| 1 | Ending Balance | | 169,547.32 |
| 2 | Total Deposits | + | |
| 3 | Sub Total | | |
| 4 | Total Withdrawals | - | |
| 5 | Adjusted Balance | | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# Wells Fargo Everyday Checking



WELLS FARGO

SAMIR ANDRAWOS
DEBTOR IN POSSESSION
CH11 CASE #21-16946 (MD)
25133 SILVER CREST DR
GAITHERSBURG MD 20882-3632

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (336)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Vet travel sites and agents to help avoid vacation scams**

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
**- Use official sites and apps.** Fake travel sites often appear in search ads and are designed to steal your payment or login details.
**- Don't click links in unexpected or urgent emails.** Scammers may hack real reservation emails to request extra fees.
**- Be careful with sponsored customer service search results.** Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
**- Think twice about unusually cheap deals.** Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

**Slow down and verify before you click, call, or pay.** Report suspicious messages or charges right away.

WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $14.78 |
| Deposits/Additions | 5,017.03 |
| Withdrawals/Subtractions | - 4,434.80 |
| **Ending balance on 7/31** | **$597.01** |

Account number: [redacted] **(primary account)**

**SAMIR ANDRAWOS**
**DEBTOR IN POSSESSION**
**CH11 CASE #21-16946 (MD)**

*Maryland account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 055003201

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 7/6 | | Purchase authorized on 07/04 Martins 6104 1729 Dual Hagerstown MD P000000447603825 Card 9181 | | 310.00 | |
| 7/6 | | Purchase authorized on 07/04 AT&T Bill Payment 800-331-0500 TX S346185500970908 Card 9181 | | 165.77 | |
| 7/6 | | Purchase authorized on 07/04 Martins 6104 1729 Dual Hagerstown MD P000000249539113 Card 9181 | | 328.00 | |
| 7/6 | | Purchase authorized on 07/04 Alkhair Halal Meat & G Hagerstown MD P000000945021483 Card 9181 | | 15.97 | |
| 7/6 | | Recurring Payment authorized on 07/05 Apple.Com/Bill 866-712-7753 CA S356186285268034 Card 9181 | | 2.11 | |
| 7/6 | | Recurring Payment authorized on 07/05 Apple.Com/Bill 866-712-7753 CA S386186596487175 Card 9181 | | 3.08 | -810.15 |
| 7/7 | | Purchase authorized on 07/05 Jollibee Wheaton MD S586186666253211 Card 9181 | | 59.33 | |
| 7/7 | | Purchase authorized on 07/06 Parkx Management WWW.Parkxmana VA S586187474374173 Card 9181 | | 26.50 | |
| 7/7 | | Recurring Payment authorized on 07/06 Centers for Advanc Bethesda MD S306187679033036 Card 9181 | | 60.00 | -955.98 |
| 7/8 | | SSA Treas 310 Xxsoc Sec 070826 xxxxx5695A SSA Samir Andrawos | 2,403.50 | | |
| 7/8 | | Purchase authorized on 07/07 Parkx Management WWW.Parkxmana VA S306188450713005 Card 9181 | | 35.00 | |
| 7/8 | | Purchase authorized on 07/07 Jimmie Cone Damascus MD S346188788114352 Card 9181 | | 11.75 | 1,400.77 |
| 7/9 | | Purchase authorized on 07/08 DD/Br #363596 Gaithersburg MD S586189457194104 Card 9181 | | 11.41 | |
| 7/9 | | Purchase authorized on 07/08 Parkx Management WWW.Parkxmana VA S466189466043629 Card 9181 | | 35.00 | |
| 7/9 | | Purchase authorized on 07/08 World of Beer Rock 301-3402915 MD S346189616695947 Card 9181 | | 237.88 | |
| 7/9 | | Purchase authorized on 07/08 World of Beer Rock 301-3402915 MD S346189621793480 Card 9181 | | 13.55 | 1,102.93 |
| 7/10 | | Purchase authorized on 07/09 Parkx Management WWW.Parkxmana VA S356190479237394 Card 9181 | | 35.00 | |
| 7/10 | | Purchase authorized on 07/09 Chipotle 1822 Damascus MD S356190840273315 Card 9181 | | 93.71 | 974.22 |
| 7/13 | | Purchase Return authorized on 07/12 American Ai 001235 United States AZ S626194476788348 Card 9181 | 113.53 | | |
| 7/13 | | Purchase authorized on 07/10 Cvs/Pharmacy #0150 Damascus MD S306191492334637 Card 9181 | | 105.92 | |
| 7/13 | | Purchase authorized on 07/11 American Ai 001235 United States AZ S306192594551034 Card 9181 | | 113.53 | |
| 7/13 | | Purchase authorized on 07/11 American Ai 001235 United States AZ S346192612889432 Card 9181 | | 113.53 | |
| 7/13 | | Purchase authorized on 07/11 Tobacco Hut Damasc Damascus MD S386192646022699 Card 9181 | | 28.81 | |

WELLS FARGO

***Transaction History (continued)***

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/13 | | Purchase authorized on 07/13 7-Eleven Laytonsville MD P000000342445991 Card 9181 | | 6.79 | 719.17 |
| 7/15 | | Purchase authorized on 07/14 Ls Davidus Freder 130-16626606 MD S386195578283916 Card 9181 | | 36.31 | 682.86 |
| 7/17 | | Purchase authorized on 07/16 Ls Davidus Cigars 130-16626606 MD S466197576921518 Card 9181 | | 24.58 | |
| 7/17 | 145 | Check | | 600.00 | 58.28 |
| 7/20 | | eDeposit IN Branch 07/20/26 09:05:54 Am 16810 Georgia Ave Olney MD 9181 | 2,500.00 | | |
| 7/20 | | Purchase authorized on 07/17 DD/Br #349916 Q35 Damascus MD S386198589073121 Card 9181 | | 7.14 | |
| 7/20 | | Purchase authorized on 07/19 Tobacco Hut Damasc Damascus MD S586200586314284 Card 9181 | | 19.08 | 2,532.06 |
| 7/21 | | Purchase authorized on 07/20 Minute Suites - Ba 124-07202158 MD S586201550793209 Card 9181 | | 16.92 | 2,515.14 |
| 7/22 | | Purchase Intl authorized on 07/21 Paris George V Paris Fra S386202690136230 Card 9181 | | 131.69 | |
| 7/22 | | International Purchase Transaction Fee | | 3.95 | 2,379.50 |
| 7/23 | | Purchase Intl authorized on 07/21 Publicisdrugstor Paris Fra S386202581759291 Card 9181 | | 26.45 | |
| 7/23 | | International Purchase Transaction Fee | | 0.79 | |
| 7/23 | | Purchase Intl authorized on 07/22 Le Hoche Paris Fra S386203311827154 Card 9181 | | 97.61 | |
| 7/23 | | International Purchase Transaction Fee | | 2.92 | |
| 7/23 | | Purchase Intl authorized on 07/22 LA Concorde Beaune Fra S386203637832552 Card 9181 | | 102.64 | |
| 7/23 | | International Purchase Transaction Fee | | 3.07 | 2,146.02 |
| 7/24 | | Purchase Intl authorized on 07/22 Belle Epoque Beaune Fra S386204220254080 Card 9181 | | 171.20 | |
| 7/24 | | International Purchase Transaction Fee | | 5.13 | |
| 7/24 | | Purchase Intl authorized on 07/23 L Authentik Lyon 5Eme Fra S386204367678411 Card 9181 | | 75.73 | |
| 7/24 | | International Purchase Transaction Fee | | 2.27 | |
| 7/24 | | Purchase Intl authorized on 07/23 Cupidatem Chateauneuf-D Fra S386204471210717 Card 9181 | | 233.06 | |
| 7/24 | | International Purchase Transaction Fee | | 6.99 | |
| 7/24 | | Purchase Intl authorized on 07/23 Le Jean Jaures Nimes Fra S386204658857024 Card 9181 | | 52.21 | |
| 7/24 | | International Purchase Transaction Fee | | 1.56 | 1,597.87 |
| 7/27 | | Purchase Intl authorized on 07/24 Verger Des Papes Chateauneuf D Fra S386205404659859 Card 9181 | | 148.69 | |
| 7/27 | | International Purchase Transaction Fee | | 4.46 | |
| 7/27 | | Purchase Intl authorized on 07/24 Le Vesuvio Cannes Fra S386205655577322 Card 9181 | | 137.26 | |
| 7/27 | | International Purchase Transaction Fee | | 4.11 | |
| 7/27 | | Purchase Intl authorized on 07/24 Tabac Le Sandra Cannes Fra S386205664535917 Card 9181 | | 79.15 | |
| 7/27 | | International Purchase Transaction Fee | | 2.37 | |
| 7/27 | | Purchase Intl authorized on 07/26 Plage Beau Rivag Nice Fra S386207515788532 Card 9181 | | 122.57 | |
| 7/27 | | International Purchase Transaction Fee | | 3.67 | 1,095.59 |
| 7/28 | | Purchase Intl authorized on 07/26 Le Vesuvio Cannes Fra S386207719896712 Card 9181 | | 102.62 | |
| 7/28 | | International Purchase Transaction Fee | | 3.07 | |
| 7/28 | | Purchase Intl authorized on 07/27 Calao Club Cannes Fra S386208338024600 Card 9181 | | 194.97 | |
| 7/28 | | International Purchase Transaction Fee | | 5.84 | 789.09 |
| 7/30 | | Purchase Intl authorized on 07/28 Le Quai 24 Saint Tropez Fra S386209444641527 Card 9181 | | 186.49 | |
| 7/30 | | International Purchase Transaction Fee | | 5.59 | 597.01 |
| **Totals** | | | **$5,017.03** | **$4,434.80** | |

WELLS FARGO

***Transaction History (continued)***

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* |
|---|---|---|
| 145 | 7/17 | 600.00 |

**Monthly service fee summary**

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 05/30/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The fee is waived for this period because you met the following waiver: Qualifying electronic deposits totaling $500.00 or more | | |

Your monthly service fee can be avoided with any one of the following each fee period:

- Primary account owner is 17-24 years old
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program
- Maintain a minimum daily balance of $1500.00
- Qualifying electronic deposits totaling $500.00 or more
- $5,000 or more in qualifying deposit balances, investment balances or both

TIP

**Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**

WELLS FARGO

Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

**A.** The ending balance shown on your statement.. . . . . . . . . . . . . . . . $______

### ADD

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$______
$______
$______
+$______
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $______

### CALCULATE THE SUBTOTAL

(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $______

### SUBTRACT

**C.** The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $______

### CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . $______

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER